THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 James Willie
 Elkins, Appellant.
 
 
 
 
 

Appeal from Newberry County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2010-UP-161
 Submitted January 4, 2010  Filed February
24, 2010    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia, and Solicitor, Eighth Judicial Circuit, Jerry
 W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  James Willie Elkins appeals his conviction for two counts of criminal
 sexual conduct with a minor in the first degree.  Elkins argues the trial court
 erred in "failing to determine whether the child witness was competent to
 testify in the case after it became clear that said witness was apparently
 under considerable stress from the events which led to the trial and the trial
 itself."  Elkins's counsel attached to the brief a petition to be relieved
 as counsel, stating that she had reviewed the record and concluded that the
 appeal is without legal merit sufficient to warrant a new trial.  Elkins filed
 a pro se brief.
After a thorough review of
 the record, the pro se brief, and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL DISMISSED.
HUFF, J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.